Motion GRANTED. The February 11, 2013 sentencing is CONTINUED to MARCH 8, 2013 at 10:00 a.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 2:12-00006 |
| | : | JUDGE TRAUGER |
| | : | |
| LINDA KAY POWELL and | : | |
| WILLIAM STEVE HOWELL, | : | |
| Defendants. | : | |

**JOINT MOTION TO CONTINUE**

Plaintiff and Defendant Linda Kay Powell, through undersigned counsel, respectfully request that Defendant Powell's sentencing hearing currently scheduled for February 11, 2013, be continued and for cause would state that more time is needed to complete the Pre Sentence Report and that a continuance will best serve the ends of justice.

Respectfully submitted,

U.S. Attorney's Office  
110 9th Avenue South, Suite A-961  
Nashville, TN 37203  
(615) 736-5151  

GALLIGAN & NEWMAN  
309 West Main St.  
McMinnville, TN 37110  
(931) 473-8405  

*/s/ Sandra G. Moses*  
Sandra G. Moses  
Assistant U.S. Attorney General  

*/s/ John P. Partin*  
John P. Partin, #020921  
Attorney for Defendant