IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHERN DIVISION

Motion GRANTED. Hearing reset for 11/1/13 at 10:30 a.m.

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 2:12-00006 |
| | : JUDGE TRAUGER |
| LINDA KAY POWELL and | : |
| WILLIAM STEVE HOWELL, | : |
| Defendants. | : |

## MOTION TO CONTINUE

Comes now the Defendant Linda Kay Powell, by and through counsel, and respectfully requests that her sentencing hearing currently scheduled for March 8, 2013, be continued until early May, 2013, and for cause would state that Defendant Howell's case has been reset and that a continuance will best serve the ends of justice. Further, the U.S. Attorney General's office has no objections to this Motion.

Respectfully submitted,

GALLIGAN & NEWMAN
309 West Main St.
McMinnville, TN 37110
(931) 473-8405

*/s/ John P. Partin*
John P. Partin, #020921
Attorney for Defendant